UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| LINDA RAIZOR,<br><br>    Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE<br>INSURANCE CO. and<br>LIBERTY LIFE ASSURANCE COMPANY<br>OF BOSTON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  3:19-cv-00156-RGJ<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Come now Defendants, Lincoln National Life Insurance Company and Liberty Life Assurance Company of Boston (collectively "Lincoln Defendants"), by counsel, and notify the Court that the parties have recently reached a settlement of this matter. The parties are working on finalizing the settlement and anticipate filing a Stipulation of Dismissal within thirty-five (35) days.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Eric P. Mathisen*
Eric P. Mathisen, IN Bar # 19475-71
Admitted *pro hac vice*
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Ph.:  (219) 242-8666
Fax:  (219) 242-8669
eric.mathisen@ogletree.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *NOTICE OF SETTLEMENT* was filed electronically on May 2, 2019 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

    Robert A. Florio
    raflorioatty@hotmail.com

I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing *NOTICE OF SETTLEMENT* in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

    None

    /s/ Eric P. Mathisen
    Eric P. Mathisen