UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| LINDA RAIZOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 3:19-cv-00156-RGJ |
| LINCOLN NATIONAL LIFE INSURANCE CO. and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Come now the parties, by counsel, and stipulate that this cause of action be dismissed with prejudice. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the parties, by counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  June 6, 2019.

Respectfully submitted,

| | |
|---|---|
| */s/  Robert A. Florio (w/consent)*<br>Robert A. Florio<br>1500 Story Ave.<br>Louisville, KY 40206<br>Ph.:  (502) 295-7930<br>Fax:  (502) 587-1433<br>raflorioatty@hotmail.com<br><br>ATTORNEY FOR PLAINTIFF | */s/ Eric P. Mathisen*<br>Eric P. Mathisen, IN Bar # 19475-71<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>Admitted *pro hac vice*<br>56 S. Washington St., Suite 302<br>Valparaiso, IN 46383<br>Ph.:  (219) 242-8666<br>Fax:  (219) 242-8669<br>eric.mathisen@ogletree.com<br><br>ATTORNEYS FOR DEFENDANTS |