UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| LINDA RAIZOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| LINCOLN NATIONAL LIFE INSURANCE CO. and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) Case No. 3:19-cv-00156-RGJ ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal. The Court, having reviewed said Stipulation and being duly advised, now APPROVES same.

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DISTRIBUTION:
Eric P. Mathisen
eric.mathisen@ogletree.com
Robert A. Florio
raflorioatty@hotmail.com